UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOB BARR, WAYNE A. ROOT, LIBERTARIAN PARTY OF MASSACHUSETTS, and LIBERTARIAN NATIONAL COMMITTEE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM F. GALVIN, in his official capacity as Secretary of the Commonwealth of Massachusetts, <br><br> Defendant. | Case No.: 1:08-cv-11340-NMG |

### Plaintiffs' Motion for Preliminary Injunction

Pursuant to Federal Rule of Civil Procedure 65, Plaintiffs Bob Barr ("Barr"), Wayne A. Root ("Root"), Libertarian Party of Massachusetts ("LPM") and Libertarian National Committee, Inc. ("LNC") hereby request that this Court enjoin Defendant Secretary of the Commonwealth of Massachusetts ("Secretary") from printing the Massachusetts ballot for the November 2008 general presidential election without the names of Barr and Root, the Libertarian candidates for President and Vice President of the United States.

This Motion implicates Plaintiffs' fundamental constitutional rights. These rights are threatened by the Secretary's refusal to include Barr and Root's names on the ballot in place of the names of the candidates for whom Plaintiffs circulated nominating petitions, but who did not win the Libertarian nomination. The Secretary's refusal to make this substitution is arbitrary and unconstitutional and results from an unconstitutionally vague statutory scheme implemented by the Secretary without any known guidelines whatsoever. This Massachusetts regime allows

candidate substitution in virtually every instance except, apparently, the present one as to which there is no guidance; instead, the Secretary assumes unfettered discretion to decide as he wishes whether substitution will be allowed.  While the Secretary, through his Elections Division, originally stated that substitution would be permitted, he now says that it will not.  The Secretary lacks any reasoned basis to deny substitution in the present action while allowing it in nearly all other instances.

The Secretary's decision in this case also results in an impermissible discrimination against the minor party at issue here.  Simply put, the Secretary lacks the requisite interest in denying the Libertarian Party's candidates a place on the national ballot.  The refusal amounts to an arbitrary abuse of discretion and results in a denial of voting, association, and equal protection rights under the First and Fourteenth Amendments to the United States Constitution.

As set forth more fully in the accompanying memorandum of law, Plaintiffs have a likelihood of success on their claims and irreparable harm will result to the Plaintiffs and to the electorate at large if Barr and Root are not allowed on the general election ballot.  The public interest and the balance of the hardships also overwhelmingly favor Plaintiffs.  Accordingly, Plaintiffs' motion for preliminary injunction should be granted, and the Secretary should be enjoined from printing the Massachusetts general election ballot without the names of Barr and Root.

## REQUEST FOR ORAL ARGUMENT

Plaintiffs believe that oral argument may assist the court in reaching a decision on this motion and wish to be heard.

        Respectfully submitted,

        BOB BARR, WAYNE A. ROOT, THE
LIBERTARIAN PARTY OF MASSACHUSETTS,
and THE LIBERTARIAN NATIONAL
COMMITTEE, INC.,

        By their attorneys,

        /s/ *Matthew C. Baltay*
Matthew C. Baltay, Esq., BBO # 638722
Jennifer Behr, Esq., BBO # 668798
Amrish Wadhera, Esq., BBO # 667495
FOLEY HOAG LLP
155 Seaport Blvd.
Boston, MA 02210-2600
(617) 832-1000

John Reinstein, Esq., BBO # 416120
American Civil Liberties Union of Massachusetts
99 Chauncy Street, Suite 310
Boston MA, 02111
(617) 482-3170

Dated: August 15, 2008

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

    Pursuant to Local Rule 7.1(a)(2), the undersigned certifies that on August 13, 2008, counsel for Plaintiffs conferred with counsel of record for the Defendant in a good faith attempt to resolve and/or narrow the issues raised in this motion and was unable to do so.

        /s/ *Matthew C. Baltay*
        Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

    I, Matthew C. Baltay, hereby certify that a copy of the foregoing, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by hand on all counsel who are not served through the CM/ECF system on August 15, 2008.

        /s/ *Matthew C. Baltay*
        Attorney for Plaintiffs