United States District Court
District of Massachusetts

```
                                    )
BOB BARR, WAYNE A. ROOT,            )
LIBERTARIAN PARTY OF                )
MASSACHUSETTS, and LIBERTARIAN      )
NATIONAL COMMITTEE, INC.,           )   Civil Action No.
        Plaintiffs,                 )   08-11340-NMG
                                    )
        v.                          )
                                    )
WILLIAM F. GALVIN, as he is         )
SECRETARY OF THE COMMONWEALTH OF    )
MASSACHUSETTS,                      )
        Defendant.                  )
                                    )
```

PRELIMINARY INJUNCTION

For the reasons set forth in this Court's Memorandum and Order entered herewith, the defendant, William F. Galvin, as he is Secretary of the Commonwealth of Massachusetts, is hereby directed to substitute the names of Bob Barr and Wayne A. Root for George Phillies and Chris Bennett as the candidates for the Libertarian Party for the offices of President and Vice President of the United States, respectively, on the Massachusetts ballot for the November, 2008, general election.

This preliminary injunction shall remain in full force and effect until the case is decided on the merits or until modified by further order of this Court.

So ordered.

_____
Nathaniel M. Gorton
United States District Judge

Dated September 22, 2008