## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOB BARR, et al.,<br><br>                  Plaintiffs,<br><br>v.<br><br>WILLIAM F. GALVIN, as he is SECRETARY OF THE COMMONWEALTH OF MASSACHUSETTS,<br><br>                  Defendant. | CIVIL ACTION<br>NO. 08-11340-NMG |

## NOTICE OF APPEAL

Pursuant to Fed. R. App. P. 3 and 4 and 28 U.S.C. § 1292(a)(1), defendant, William F. Galvin, Secretary of the Commonwealth of Massachusetts ("Secretary"), hereby appeals to the United States Court of Appeals for the First Circuit from the District Court's order entered on September 22, 2008, granting a preliminary injunction.

        Respectfully submitted,

        SECRETARY OF THE COMMONWEALTH
        OF MASSACHUSETTS,

        By his attorneys,

        MARTHA COAKLEY
        ATTORNEY GENERAL

        /s/ Amy Spector
        Amy Spector, BBO No. 557611
        Julie B. Goldman, BBO No. 648489
        Timothy Casey, BBO No. 650913
        Assistant Attorneys General
        Office of the Attorney General
        One Ashburton Place
        Boston, MA  02108
        (617) 727-2200, ext. 2076
        amy.spector@state.ma.us

October 22, 2008

## Certificate of Service

     I hereby certify that the above Notice of Appeal was filed through the Electronic Case Filing (ECF) system on October 22, 2008, and thus copies will be sent electronically to the registered participants as identified on the Court's Notice of Electronic Filing (NEF); paper copies will be served by first-class mail, postage pre-paid, to those indicated on the NEF as non-registered participants.

        /s/ Amy Spector
        Amy Spector