# United States Court of Appeals
## For the First Circuit

*[handwritten: 08-11340 USDC MA Gorton, N.]*

No. 08-2419

BOB BARR; WAYNE A. ROOT;
LIBERTARIAN PARTY OF MASSACHUSETTS;
LIBERTARIAN NATIONAL COMMITTEE, INC.

Plaintiffs - Appellees

v.

WILLIAM F. GALVIN, in his official capacity as
Secretary of the Commonwealth of Massachusetts

Defendant - Appellant

### JUDGMENT

Entered: December 30, 2008
Pursuant to 1st Cir. R. 27.0(d)

    Upon consideration of appellant's assented-to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

    Mandate to issue forthwith.

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc:
Matthew Baltay
Jennifer Behr
Timothy Casey
Julie Goldman
Amy Spector
Amrish Wadhera