**MANDATE**

# United States Court of Appeals
## For the First Circuit

08-11340
USDC MA
Gorton, N.

No. 08-2419

BOB BARR; WAYNE A. ROOT;
LIBERTARIAN PARTY OF MASSACHUSETTS;
LIBERTARIAN NATIONAL COMMITTEE, INC.

Plaintiffs - Appellees

v.

WILLIAM F. GALVIN, in his official capacity as
Secretary of the Commonwealth of Massachusetts

Defendant - Appellant

**JUDGMENT**

Entered: December 30, 2008
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's assented-to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc:
Matthew Baltay
Jennifer Behr
Timothy Casey
Julie Goldman
Amy Spector
Amrish Wadhera

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk
Date: 12/30/08