UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOB BARR, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>WILLIAM F. GALVIN, as he is SECRETARY OF THE COMMONWEALTH OF MASSACHUSETTS,<br><br>                    Defendant. | CIVIL ACTION<br>NO. 08-11340-NMG |

## MOTION OF DEFENDANT SECRETARY
## OF THE COMMONWEALTH FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, defendant William F. Galvin, Secretary of the Commonwealth ("Secretary") respectfully moves for summary judgment in his favor, declaring that the Secretary's determination, not to allow the "substitution" sought by plaintiffs, was constitutional. The motion is supported by an accompanying memorandum of law; the Statement of Defendant Secretary of the Commonwealth Pursuant to Local Rule 56.1; and the Affidavit of Michelle K. Tassinari in Support of Secretary's Motion for Summary Judgment.

                                            Respectfully submitted,

                                            SECRETARY OF THE COMMONWEALTH
                                            OF MASSACHUSETTS,

                                            By his attorneys,

                                            MARTHA COAKLEY
                                            ATTORNEY GENERAL

                                            /s/ Amy Spector
                                            Amy Spector, BBO No. 557611
                                            Timothy J. Casey, BBO No. 650913
                                            Julie B. Goldman, BBO No. 648489
                                            Assistant Attorneys General
                                            Office of the Attorney General
                                            One Ashburton Place
                                            Boston, MA  02108
                                            (617) 727-2200, ext. 2076
                                            amy.spector@state.ma.us

March 31, 2009

Certification Pursuant to Local Rule 7.1(A)(2)

      I certify that I have conferred with counsel for plaintiffs, prior to the filing of this motion, but we were unable to resolve the issues raised by the motion and accompanying memorandum of law.

                                            /s/ Amy Spector
                                            Amy Spector

Certificate of Service

      I hereby certify that the above Motion was filed through the Electronic Case Filing (ECF) system on March 31, 2009, and thus copies will be sent electronically to the registered participants as identified on the Court's Notice of Electronic Filing (NEF); paper copies will be served by first-class mail, postage pre-paid, to those indicated on the NEF as non-registered participants.

                                            /s/ Amy Spector
                                            Amy Spector