UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOB BARR, WAYNE A. ROOT, LIBERTARIAN PARTY OF MASSACHUSETTS, and LIBERTARIAN NATIONAL COMMITTEE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM F. GALVIN, in his official capacity as Secretary of the Commonwealth of Massachusetts, <br><br> Defendant. | Case No.: 1:08-cv-11340-NMG |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Plaintiffs Bob Barr, Wayne A. Root, Libertarian Party of Massachusetts, and Libertarian National Committee, Inc. ("Plaintiffs") respectfully request that this Court enter summary judgment in their favor and grant a declaratory judgment that Defendant William F. Galvin, in his official capacity as Secretary of the Commonwealth of Massachusetts, violated Plaintiffs' constitutional rights when he refused to permit the substitution of the Libertarian Party's presidential and vice presidential candidates on the general election ballot. There are no material facts in dispute and no new facts have come to light since the preliminary injunction phase. This Court should now find that Massachusetts General Laws chapter 53, section 14 is unconstitutionally vague as to its application and allows the Secretary to exert unconstitutional, unfettered discretion. Furthermore, this Court should find that candidate substitution of the type requested by Plaintiffs is required by the U.S. Constitution

- 2 -

for parties in similar circumstances as Plaintiffs were in 2008.  The grounds for this motion are more fully set forth in the memorandum of law concurrently filed herewith.

          Respectfully submitted,

          BOB BARR, WAYNE A. ROOT, THE
          LIBERTARIAN PARTY OF MASSACHUSETTS,
          and THE LIBERTARIAN NATIONAL
          COMMITTEE, INC.,

          By their attorneys,

          <u>/s/ Matthew C. Baltay</u>
          Matthew C. Baltay, Esq., BBO # 638722
          Jennifer S. Behr, Esq., BBO # 668798
          Amrish V. Wadhera, Esq., BBO # 667495
          FOLEY HOAG LLP
          155 Seaport Boulevard
          Boston, MA 02210
          (617) 832-1000

          John Reinstein, Esq., BBO # 416120
          American Civil Liberties Union of Massachusetts
          99 Chauncy Street, Suite 310
          Boston MA, 02111

Dated: March 31, 2009          (617) 482-3170

- 3 -

## CERTIFICATION PURSUANT TO RULE 7.1

I hereby certify that on March 31, 2009, pursuant to Local Rule 7.1(a)(2), I have conferred with opposing counsel in a good faith effort to resolve or narrow the issues presented in this motion and was unable to do so.

/s/ Matthew C. Baltay
Matthew C. Baltay

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on all counsel who are not served through the CM/ECF system on today's date.

/s/ Matthew C. Baltay
Matthew C. Baltay