UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Bob Barr et al
             Plaintiffs

V.

William F. Galvin
             Defendant

CIVIL ACTION

NO. 08-cv-11340-NMG

## JUDGMENT

**GORTON, D. J.**

In accordance with the Court's Memorandum and Order dated  9/17/09  granting  Plaintiffs'  motion for summary judgment (Docket No. 44) in the above-entitled action, it is hereby ORDERED:

Judgment for the  Plaintiffs

By the Court,

9/21/2009
Date

/s/ Diep Duong
Deputy Clerk