# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOB BARR, et al., | CIVIL ACTION |
| Plaintiffs, | NO. 08-11340-NMG |
| v. | |
| WILLIAM F. GALVIN, as he is SECRETARY OF THE COMMONWEALTH OF MASSACHUSETTS, | |
| Defendant. | |

## NOTICE OF APPEAL

Pursuant to Fed. R. App. P. 3 and 4 and 28 U.S.C. § 1291, defendant, William F. Galvin, Secretary of the Commonwealth of Massachusetts ("Secretary"), hereby appeals to the United States Court of Appeals for the First Circuit from the District Court's Order dated September 17, 2009 (allowing plaintiffs' motion for summary judgment), Order of Dismissal dated September 18, 2009, and Judgment dated September 21, 2009.

        Respectfully submitted,

        SECRETARY OF THE COMMONWEALTH
        OF MASSACHUSETTS,

        By his attorneys,

        MARTHA COAKLEY
        ATTORNEY GENERAL

        /s/ Amy Spector
        Amy Spector, BBO No. 557611
        Julie B. Goldman, BBO No. 648489
        Timothy Casey, BBO No. 650913
        Assistant Attorneys General
        Office of the Attorney General
        One Ashburton Place
        Boston, MA  02108
        (617) 727-2200, ext. 2076
        amy.spector@state.ma.us

October 16, 2009

Certificate of Service

    I hereby certify that the above Notice of Appeal was filed through the Electronic Case Filing (ECF) system on October 16, 2009, and thus copies will be sent electronically to the plaintiffs' counsel, all of whom are registered participants as identified on the Court's Notice of Electronic Filing (NEF).

        /s/ Amy Spector
        Amy Spector