# United States Court of Appeals
## For the First Circuit

---

No. 09-2426

BOB BARR ET AL.,

Plaintiffs, Appellees,

v.

WILLIAM F. GALVIN, IN HIS OFFICIAL CAPACITY AS SECRETARY

OF THE COMMONWEALTH OF MASSACHUSETTS,

Defendant, Appellant.

---

**JUDGMENT**

Entered:  November 16, 2010

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The decision of the district court on the equal protection claim is reversed,  its decision and judgment in all other respects is vacated, and the matter is remanded to the district court with instructions to abstain on the "void for vagueness" claim and dismiss what remains of the action without prejudice. All parties shall bear their own costs.

By the Court:

/s/ Margaret Carter, Clerk

cc: Hon. Nathaniel M. Gorton, Ms. Sarah Thornton, Clerk, United States District Court for the District of Massachusetts, Ms. Spector, Mr. Baltay, Mr. Casey, Mr. Reinstein, Ms. Behr, Ms. Goldman, Ms. Wadyhera & Mr. Bialas.