# United States Court of Appeals
## For the First Circuit

No. 09-2426

BOB BARR; WAYNE A. ROOT;
LIBERTARIAN PARTY OF MASSACHUSETTS;
LIBERTARIAN NATIONAL COMMITTEE, INC.

Plaintiffs - Appellees

v.

WILLIAM F. GALVIN, in his official capacity as
Secretary of the Commonwealth of Massachusetts

Defendant - Appellant

**MANDATE**

Entered: January 20, 2011

In accordance with the judgment of November 16, 2010, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court

/s/ Margaret Carter, Clerk

cc:
Matthew C. Baltay
Jennifer Sara Behr
Brian Paul Bialas
Timothy J. Casey
Julie B. Goldman
John Reinstein
Amy Spector
Amrish Virendra Wadhera