# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

June 1, 2011

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA  02210

      Re:  Bob Barr, et al.
           v. William F. Galvin, in His Official Capacity as Secretary of the
           Commonwealth of Massachusetts
           No. 10-1456
           (Your No. 09-2426)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on May 27, 2011 and placed on the docket June 1, 2011 as No. 10-1456.

Sincerely,

**William K. Suter**, Clerk

by

Kyle R. Ratliff
Case Analyst